USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE 32BJ NORTH PENSION FUND and its BOARD OF TRUSTEES,

Plaintiffs,

-against-

975 WALTON BRONX LLC,

Defendant.

1:26-cv-01913-MKV

ORDER SCHEDULING HEARING ON MOTION FOR DEFAULT JUDGMENT

MARY KAY VYSKOCIL, United States District Judge:

This action having been commenced on March 9, 2026, by the filing of a Complaint [ECF No. 1], and a copy of the Summons and Complaint having been served on Defendant 975 Walton Bronx LLC on March 12, 2026, and proof of such service having been filed on March 24, 2026, [ECF No. 5], and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and Plaintiff having moved for entry of default judgment on April 21, 2026 [ECF No. 11], and Plaintiffs' counsel having advised of counsel's unavailability on November 13, 2026, [ECF No. 18], it is HEREBY ORDERED that the Parties will appear at a Default Judgment Hearing on **November 19, 2026 at 10:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.** The Default Judgment Hearing previously scheduled for November 13, 2026, [ECF No. 17], is ADJOURNED.

It is FURTHER ORDERED that Plaintiff must serve this Scheduling Order and a copy of all papers in support of Plaintiff's motion, including ECF Numbers 11, 12, 15, and 16, on Defendant, as required by Local Rule 55.2(a)(3), on or before **October 27, 2026.** Proof of service must be filed on the ECF docket by **October 29, 2026**. Failure to timely serve Defendant in accordance with this Order may result in dismissal of Plaintiff's claims.

The Clerk of Court is respectfully requested to terminate docket entry number 18.

**The parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.**

**SO ORDERED.**

**Dated: October 21, 2026**
**New York, New York**

Mary Kay Vyskocil

**HON. MARY KAY VYSKOCIL**
**United States District Judge**