UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

THE 32BJ NORTH PENSION FUND and its BOARD OF TRUSTEES,

Plaintiffs,

-against-

975 WALTON BRONX LLC,

Defendant.

1:26-cv-01913-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled a default judgment hearing in this matter for November 19, 2026. [ECF No. 19]. It has come to the Court's attention that Defendant 975 Walton Bronx LLC filed for Chapter 11 bankruptcy in February of 2021. *See In re 975 Walton Bronx LLC*, No. 21-40487-JMM, 2023 WL 6467627 (Bankr. E.D.N.Y. Oct. 3, 2023).

At the default judgment hearing, Plaintiffs' counsel should be prepared to discuss Defendant's Chapter 11 bankruptcy and its impact, if any, on Plaintiffs' claims.

**SO ORDERED.**

**Date: November 17, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge