USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE 32BJ NORTH PENSION FUND and its BOARD OF TRUSTEES,

Plaintiffs,

-against-

975 WALTON BRONX LLC,

Defendant.

1:26-cv-01913-MKV

ORDER DENYING MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE

MARY KAY VYSKOCIL, United States District Judge:

The Court held a hearing today on Plaintiffs' Motion for Default Judgment. As discussed at the hearing and in the Court's previous Order, Defendant 975 Walton Bronx LLC filed for Chapter 11 bankruptcy in February of 2021. *See* [ECF No. 22]; *In re 975 Walton Bronx LLC*, No. 21-40487-JMM, 2023 WL 6467627 (Bankr. E.D.N.Y. Oct. 3, 2023). At today's hearing, Plaintiffs' counsel advised that Plaintiffs require more time to respond to the Court's Order directing Plaintiffs to address "Defendant's Chapter 11 bankruptcy and its impact, if any, on Plaintiffs' claims." [ECF No. 22].

Accordingly, Plaintiffs' Motion for Default Judgment [ECF No. 11], is hereby DENIED without prejudice to renewal.

It is hereby ORDERED that Plaintiffs shall file a letter on the ECF docket by December 15, 2026, appraising the Court of the status of the case. Plaintiffs' letter shall address, at a minimum: the impact of Defendant's Chapter 11 bankruptcy on their claims; whether Plaintiffs intend to renew their Motion for Default Judgment; and whether Plaintiffs intend to continue prosecuting their claims against Defendant. The Court will schedule a hearing or conference, if appropriate, upon receipt of Plaintiffs' letter.

**The parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.**

The Clerk of Court is respectfully requested to terminate docket entry number eleven.

**SO ORDERED.**

**Date: November 19, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge